# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------X

**IN RE**:

**KELLEY M. MILLER**

CHAPTER 13

CASE NO.: 17-12354-mdc

      Debtor,

---------------------------------------------------X

## PRAECIPE TO WITHDRAW

Dear Sir/Madam:

      The undersigned wishes to withdraw Debtor's Application to restore water services filed on August 15, 2019 (document #114). Debtor and the City of Philadelphia have resolved the application through an Agreement.

Respectfully submitted,

Date: August 20, 2019

/s Robert Leite-Young
Robert Leite-Young, Esquire
Attorney debtor
1333 Christian Street
Philadelphia, PA 19147
267-565-8127