UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re:                                                                         CHAPTER 13

    KELLEY M. MILLER                                     Bkcy. Case No. 17-12354-mdc

              Debtor.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

**AND NOW,** this day of ___December 4___, 2019 upon consideration of debtor's Motion to voluntarily dismiss said case before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor's case docketed as 17-12354 is hereby DISMISSED.

By the Court,

_Magdeline D. Coleman_
_____

**Dated: ____ __, ____**

Hon. Magdeline D. Coleman
Chief United States Bankruptcy Judge