United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12354-mdc
Kelley M Miller                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW           Page 1 of 2            Date Rcvd: Dec 04, 2019
                      Form ID: pdf900           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
```
db          +Kelley M Miller,   2209 Fuller Street,   Philadelphia, PA 19152-2805
cr          +Flagship Credit Acceptance, c/o Morton & Craig LLC,   110 Marter Avenue,  Suite 301,
              Moorestown, NJ 08057-3124
13895019    +1stprogress/1stequity,   PO Box 9053,   Johnson City, TN 37615-9053
14330068    +Flagship Credit Acceptance,   PO BOX 975658,   Dallas TX 75397-5658
13895024    +Greenhouse Internist PC,   345 E. Mt Airy,   Philadelphia, PA 19119-1114
14229479    +PENNYMAC LOAN SERVICES, LLC,   P.O. BOX 2410,   MOORPARK CA 93020-2410
13895028    +PGW,   PO Box 11700,   Newark, NJ 07101-4700
13895027    +Penny Mac Mortgage Company,   3043 Townsgate Rd, Ste 200,   Westlake Village, CA 91361-3027
13963926    +PennyMac Loan Services, LLC,   6101 Condor Drive, Suite 200,   Moorpark, CA 93021-2602
14360324    +Pennymac Loan Services, LLC.,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13895033    +TBD,   3296 E Guasti Rd Ste A,   Ontario, CA 91761-8651
13895032    +Target Corp,   PO Box 673,   Minneapolis, MN 55440-0673
13895034    +U.S. Dept of Education,   61 Forsyth St SW Ste 19T40,   Atlanta, GA 30303-8961
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +E-mail/Text: bncnotice@ph13trustee.com Dec 05 2019 03:03:39      WILLIAM C. MILLER,
               Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg           E-mail/Text: megan.harper@phila.gov Dec 05 2019 03:03:32      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2019 03:03:14
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 05 2019 03:03:22      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: megan.harper@phila.gov Dec 05 2019 03:03:32      CITY OF PHILADELPHIA,
               Tax & Revenue Unit,   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   Major Tax Litigation Division,
               Philadelphia, PA 19102-1613
13989682      E-mail/Text: megan.harper@phila.gov Dec 05 2019 03:03:32      City of Philadelphia,
               Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13895020     +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 05 2019 03:03:39      Credit Collection,
               725 Canton Street,   Norwood, MA 02062-2679
13895021     +E-mail/Text: bknotice@ercbpo.com Dec 05 2019 03:03:18      ERC,   PO Box 57547,
               Jacksonville, FL 32241-7547
13895023      E-mail/Text: ccassalia@franklinamerican.com Dec 05 2019 03:03:39      Franklin American Mtg,
               501 Corporate Centre Dr 400,   Franklin, TN 37067
13895022     +E-mail/Text: bankruptcy@flagshipcredit.com Dec 05 2019 03:03:19      Flagship Credit Acceptance,
               3 Christy Dr Ste 201,   Chadds Ford, PA 19317-9670
13899773     +E-mail/Text: bankruptcy@flagshipcredit.com Dec 05 2019 03:03:19      Flagship Credit Acceptance,
               P.O. Box 3807,   Coppell, TX 75019-5877
13982144     +E-mail/Text: cio.bncmail@irs.gov Dec 05 2019 03:03:01      Internal Revenue Service,
               Centralized Insolvency Operation,   Po Box 7317,   Philadelphia,Pa 19101-7317
13895025      E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 05 2019 03:03:20      Jefferson Capital Systems,
               16 Mcleland Rd,   Saint Cloud, MN 56303
13954105      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2019 03:18:57
               LVNV Funding, LLC its successors and assigns as,   assignee of CVF Consumer Acquisition,
               Company,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13895026     +E-mail/Text: bankruptcygroup@peco-energy.com Dec 05 2019 03:03:02      PECO,   PO Box 37629,
               Philadelphia, PA 19101-0629
13895029      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2019 03:08:06
               Portfolio Recovery Associates,   120 Corporate Blvd, ste 100,   Norfolk, VA 23502
13964598      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2019 03:08:05
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13909497     +E-mail/Text: clientservices@simonsagency.com Dec 05 2019 03:03:38      Raymour & Flanigan,
               c/o Simon's Agency,   PO BOX 5026,   Syracuse NY 13220-5026
13909495     +E-mail/Text: clientservices@simonsagency.com Dec 05 2019 03:03:38      Simon's Agency Inc.,
               PO BOX 5026,   Syracuse NY 13220-5026
13895030     +E-mail/Text: clientservices@simonsagency.com Dec 05 2019 03:03:38      Simons Agency Inc,
               4963 Wintersweet Dr,   Liverpool, NY 13088-2176
13895031     +E-mail/Text: bankruptcy@sw-credit.com Dec 05 2019 03:03:16      Southwest Credit Systems,
               4120 International Pkwy #1100,   Carrollton, TX 75007-1958
13895035     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 05 2019 03:02:56
               Verizon,   500 Technology Dr Ste 300,   Saint Charles, MO 63304-2225
13932762     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2019 03:18:56      Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
13895036     +E-mail/Text: bnc-bluestem@quantum3group.com Dec 05 2019 03:03:37      Webbank/fingerhut,
               6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 24
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: Dec 04, 2019
                              Form ID: pdf900             Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Flagship Credit Acceptance,    Po Box 3807,    Coppell, TX 75019-5877
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              ROBERT  LEITE-YOUNG    on behalf of Debtor Kelley M Miller rleite@roachleite.com,
               lanette@roachleite.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Flagship Credit Acceptance, c/o Morton & Craig LLC
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                          TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re:  CHAPTER 13

    KELLEY M. MILLER  Bkcy. Case No. 17-12354-mdc

    Debtor.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

**AND NOW,** this day of ___December 4___, 2019 upon consideration of debtor's Motion to voluntarily dismiss said case before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor's case docketed as 17-12354 is hereby DISMISSED.

By the Court,

_____
Hon. Magdeline D. Coleman
Chief United States Bankruptcy Judge

**Dated:** _____ __, _____